UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MING FAI LEE, | |
| Petitioner, | C20-5631 TSZ |
| v. | ORDER |
| JAMES KEY, | |
| Respondent. | |

Having reviewed the unopposed Report and Recommendation, docket no. 10, of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the unopposed Report and Recommendation;

(2)   The case is DISMISSED with prejudice and issuance of a certificate of appealability is DENIED; and

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

IT IS SO ORDERED.

Dated this 8th day of December, 2020.

THOMAS S. ZILLY
United States District Judge

ORDER - 1